IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MALCON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| PATRICIA MARIA MEAD VICTEM | : | NO. 02-4711 |

### ORDER

AND NOW, this          day of August, 2002, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief under 28 U.S.C. §2254, and

it further appearing that petitioner was convicted in the Court of Common Pleas of Lackawanna County, Pennsylvania, and is incarcerated in a correctional facility located in Schuylkill County, Pennsylvania, and

it further appearing that whereas both Lackawanna County and Schuylkill County lie within the territorial confines of the United States District Court for the Middle District of Pennsylvania, that this court does not have venue over this matter pursuant to 28 U.S.C. §2241(d), and that venue properly lies with the United States District Court for the Middle District of Pennsylvania, it is hereby

ORDERED that petitioner is granted <u>provisional</u> leave to proceed in forma pauperis for the purposes of <u>this Order only</u>, and, it is further

ORDERED that the Clerk shall retain in this court's case file a photocopy of everything petitioner has filed in this matter as of the date of this Order, and, it is further

ORDERED that the Clerk shall promptly send the original copy of every filing received in this court, in this matter, to the Clerk of the United States District Court for the Middle District of Pennsylvania, and, it is further

ORDERED that the Clerk of this Court is directed to mark this matter CLOSED.

_____
NORMA L. SHAPIRO, J.